IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EUSTOLIO DIAZ MENDOZA,

          Plaintiff,

     vs.

SAM'S WEST, INC., a Delaware
Corporation;  WALMART INC., a Delaware
Corporation;  JOHN DOE, Unknown Named
Maintenance Company; and  SECURITY
NATIONAL INSURANCE COMPANY, by
and through its administrator, Amtrust North
America;

          Defendants.

**8:26CV95**

**ORDER TO SHOW CAUSE**

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Defendants Sam's West, Inc. and Walmart Inc. filed a Notice of Removal on March 4, 2026 (Filing No. 1).  Those Defendants filed an answer on March 11, 2026. (Filing No. 7). However, Defendant Security National Insurance Company has not been served and has not participated in this litigation. On April 7, 2026, the court reached out to Plaintiff's counsel via email regarding the status of service of Security National Insurance Company. Counsel advised that it was working to complete service to that Defendant, as its registered agent recently changed. Plaintiff thereafter requested summons as to Security National

Insurance Company on April 10, 2026. (Filing No. 10). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on Security National Insurance Company and that Defendant has not voluntarily appeared.

Accordingly, IT IS ORDERED that Plaintiff shall have until July 6, 2026 to show cause why Security National Insurance Company should not be dismissed as a party pursuant to Federal Rule of Civil Procedure 4(m), or take appropriate action. The failure to timely comply with this order may result in Security National Insurance Company's dismissal of this action without further notice.

Dated this 8th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge