IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EUSTOLIO DIAZ MENDOZA,

Plaintiff,

vs.

SAM'S WEST, INC., a Delaware
Corporation;  WALMART INC., a Delaware
Corporation;  JOHN DOE, Unknown Named
Maintenance Company; and  SECURITY
NATIONAL INSURANCE COMPANY, by
and through its administrator, Amtrust North
America;

Defendants.

**8:26CV95**

**FINDINGS AND
RECOMMENDATION**

On June 8, 2026, the court entered an order requiring Plaintiff to show cause on or before July 6, 2026 why Defendant Security National Insurance Company should not be dismissed pursuant to Fed.R.Civ.P. 4(m) and NECivR 41.2 for want of prosecution. (Filing No. 4). The court warned that failure to comply with its order may result in the dismissal of that Defendant without further notice. Plaintiff did not respond to the show cause order. The undersigned now recommends that the court dismiss Defendant Security National Insurance Company as a party.

Defendants Sam's West, Inc. and Walmart Inc. filed a Notice of Removal on March 4, 2026 (Filing No. 1).  Those Defendants filed an answer on March 11, 2026. (Filing No. 7). However, Defendant Security National Insurance Company has not been served and

has not participated in this litigation. On April 7, 2026, the court reached out to Plaintiff's counsel via email regarding the status of service of Security National Insurance Company. Counsel advised that it was working to complete service to that Defendant, as its registered agent recently changed. Plaintiff thereafter requested summons as to Security National Insurance Company on April 10, 2026. (Filing No. 10). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on Security National Insurance Company and that Defendant has not voluntarily appeared.

Plaintiff has taken no further action since the court's order and did not show cause why Security National Insurance Company should not be dismissed for failure to prosecute.

Accordingly,

IT IS RECOMMENDED to the Honorable Joseph F. Batallion, Senior United States District Judge, pursuant to 28 U.S.C. § 636(b), that Defendant Security National Insurance Company be dismissed as a party to this action.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 7th day of July, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge