IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EUSTOLIO DIAZ MENDOZA,

Plaintiff,

vs.

SAM'S WEST, INC., et al.;

Defendants.

**8:26CV95**

**ORDER**

This matter comes before the court on review of Plaintiff's Objection to the Findings and Recommendation. (Filing No. 20). On July 7, 2026, the undersigned recommended dismissal of Defendant Security National Insurance Company pursuant to Fed. R. Civ. P. 4(m) based on Plaintiff's failure to timely effect service and failure to respond to the court's Order to Show Cause regarding the same. (Filing No. 18). In his objection, Plaintiff represents that Defendant Security National Insurance Company was served on July 7, 2026, before the Findings and Recommendation was entered, although the return of service had not yet been filed. Plaintiff further explains that the failure to respond to the Order to Show Cause resulted from an inadvertent calendaring error, not in bad faith, and requests that the court extend the time for service under Rule 4(m). (Filing No. 21).

Upon review of the objection and the record, the undersigned finds that withdrawal of the Findings and Recommendation is appropriate. Although Plaintiff did not complete service within the time prescribed by Rule 4(m) and failed to timely respond to the court's Order to Show Cause, the record reflects that Plaintiff continued efforts to locate and serve Security National Insurance Company and ultimately accomplished service. Under these circumstances, and in the interest of resolving this matter on its merits, the court finds good cause to extend the deadline for service under Fed. R. Civ. P. 4(m) through July 7, 2026.

Accordingly,

IT IS ORDERED that the Findings and Recommendation regarding Defendant Security National Insurance Company is hereby withdrawn. (Filing No. 19).

Dated this 8th day of July, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge